1072

In the Matter of CHARITY AKOSUA A., Respondent, v NANA A., Appellant.

Submitted November 9, 2015; decided December 15, 2015

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

MARIA DE LOURDES TORRES, Appellant, v POLICE OFFICER JONES et al., Defendants, and CITY OF NEW YORK, Respondent. (Action No. 1.)

MARIA DE LOURDES TORRES, Appellant, v NEW YORK CITY POLICE DEPARTMENT et al., Respondents, et al., Defendants. (Action No. 2.)

Submitted December 7, 2015; decided December 15, 2015

Motion by the New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

EXECUTOR OF CELIA KATES et al., Appellants, v JAMES G. PRESSLY et al., Respondents.

Decided December 15, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.